**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deane Young and Shelia Young<br><br>Plaintiffs,<br><br>vs.<br><br>Brian T. Moynihan, et al.,<br><br>Defendants. | No. CV10-8112 PCT DGC<br><br><br><br>**ORDER** |

Plaintiff filed this action in this Court on July 1, 2010. The first page of Plaintiff's complaint suggests that she is seeking a temporary restraining order (Dkt. #1 at 1), but she has filed no separate application for a temporary restraining order ("TRO"). If Plaintiff seeks a TRO in this case, she must file an application for a TRO that complies with Federal Rule of Civil Procedure 65. Plaintiff's application also must show that (a) she is likely to succeed on the merits of this case, (b) she is likely to suffer irreparable harm if a TRO is not entered, (c) the balance of equities tips in her favor, and (d) an injunction is in the public interest. *Winter v. NRDC*, --- U.S. ---, 129 S. Ct. 365, 374 (2008); *see Am. Trucking Ass'n, Inc. v. City of L.A.*, 559 F.3d 1046, 1052 (9th Cir. 2009).

The Court will not act on Plaintiff's apparent request for a TRO unless an application for a TRO is filed.

DATED this 2nd day of July, 2010.

David G. Campbell
United States District Judge