**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Deane Young and Shelia Young | ) | No. CV10-8112 PCT DGC |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| Brian T. Moynihan, et al., | ) | |
| Defendants. | ) | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Neil V. Wake. All future pleadings and papers submitted for filing shall bear the following complete case number: **CV10-8112 PCT NVW**.

DATED this 13th day of July, 2010.

_____
David G. Campbell
United States District Judge